

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 1 2 2008  *mb*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAY 1 2 2008

MELVIN CENTENO

    PLAINTIFF,

    -VS-

WEXFORD HEALTH SOURCES, INC.,
PARTHA GHOSH, M.D.
C.A. VANCE,
JOHN DOE (MIKE),
VENITA WRIGHT,

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

08CV 2756
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

    I, Melvin Centeno, declare that I am the Plaintiff in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs to these proceedings and that I am entitled to the relief sought in the complaint.

    In support of this application, I answer the following questions under penalty of perjury:

1-- Are you currently incarcerated?  Yes.
    Stateville Correctional Center
  a) Are you employed at your institution?  No.

2- Are you currently employed?  No.

3- In the past 12 months have you received any money from any of the following sources?

a) Business, profession, or other self employment:  No
b) Rent payments, interest or dividends:  No
c) Pensions, annuities or life insurance payments:  No
d) Disability or workers compensation payments:  No
e) Gifts or inheritances:  No
f) Any other sources:  Yes

If the answer to any of the above is yes, describe:

Family support throughout incarceration; Approximately $150.00 per month.

4- Do you have any cash or checking or savings accounts?  No

5- Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  No

6- List the persons who are dependent on you for support:  N/A

I declare under the penalty of perjury that the above information is true and correct.

5/5/08

Melvin Centeno
Reg. # K72719

# CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _144.39_____ in his trust fund account at this correctional center where is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: _Stateville_

_____

_____


_Jeanette Hoo_____
Authorized Officer

_Stateville C.C._
Institution

_Accountant_
Title

_4-18-08_
Date


**IMPORTANT:**

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Revised Jan 2002

```
Date:  4/18/2008                              Stateville Correctional Center                           Page 1
Time:  12:13pm                                           Trust Fund
d_list_inmate_trans_statement_composite          Inmate Transaction Statement
```

REPORT CRITERIA - Date: 11/01/2007 thru End;    Inmate: K72719;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K72719 Centeno, Melvin**   **Housing Unit: STA-D -01-54**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 17.48 |
| 11/07/07 | Disbursements | 80 Postage | 311390 | Chk #137035 | g1105033, DOC: 523 Fund Inmate, Inv. Date: 11/05/2007 | -1.48 | 16.00 |
| 11/07/07 | Point of Sale | 60 Commissary | 3117137 | 512168 | Commissary | -11.22 | 4.78 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 10.00 | 14.78 |
| 11/13/07 | Mail Room | 10 Western Union | 317200 | 8325896430 | RUBIO, CHERYL | 200.00 | 214.78 |
| 11/14/07 | Point of Sale | 60 Commissary | 3187142 | 513618 | Commissary | -199.19 | 15.59 |
| 11/19/07 | Mail Room | 10 Western Union | 323200 | 1671602554 | RUBIO, CHERYL | 100.00 | 115.59 |
| 11/21/07 | Point of Sale | 60 Commissary | 325783 | 514805 | Commissary | -77.18 | 38.41 |
| 12/04/07 | Point of Sale | 60 Commissary | 338781 | 515903 | Commissary | -33.56 | 4.85 |
| 12/05/07 | Mail Room | 10 Western Union | 339200 | 0452251325 | RUBIO, CHERYL | 250.00 | 254.85 |
| 12/12/07 | Disbursements | 80 Postage | 346390 | Chk #137575 | g1210001, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -2.16 | 252.69 |
| 12/12/07 | Point of Sale | 60 Commissary | 3467142 | 517134 | Commissary | -226.07 | 26.62 |
| 12/12/07 | Point of Sale | 60 Commissary | 3467142 | 517147 | Commissary | -5.69 | 20.93 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.84 | 29.77 |
| 12/14/07 | Mail Room | 10 Western Union | 348200 | 4462891570 | RUBIO, CHERYL | 100.00 | 129.77 |
| 12/14/07 | Disbursements | 80 Postage | 348390 | Chk #137609 | g1212049, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | -1.10 | 128.67 |
| 12/18/07 | Disbursements | 80 Postage | 352390 | Chk #137727 | g1217091, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -1.31 | 127.36 |
| 12/19/07 | Point of Sale | 60 Commissary | 3537142 | 518474 | Commissary | -83.26 | 44.10 |
| 12/20/07 | Mail Room | 10 Western Union | 354200 | 0161951604 | RUBIO, CHERYL | 100.00 | 144.10 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | 402940 | Porcionculla, Luz | 40.00 | 184.10 |
| 12/28/07 | Disbursements | 81 Legal Postage | 362390 | Chk #137927 | j1225771, DOC: 523 Fund Inmate, Inv. Date: 12/25/2007 | -9.40 | 174.70 |
| 12/28/07 | Disbursements | 80 Postage | 362390 | Chk #137927 | j1224570, DOC: 523 Fund Inmate, Inv. Date: 12/24/2007 | -4.60 | 170.10 |
| 01/02/08 | Mail Room | 10 Western Union | 002200 | 1506953715 | RUBIO, CHERYL | 100.00 | 270.10 |
| 01/03/08 | Disbursements | 81 Legal Postage | 003390 | Chk #137986 | j0101159, DOC: 523 Fund Inmate, Inv. Date: 01/01/2008 | -10.50 | 259.60 |
| 01/03/08 | Point of Sale | 60 Commissary | 0037142 | 519696 | Commissary | -166.92 | 92.68 |
| 01/04/08 | Disbursements | 88 tithing | 004390 | Chk #137992 | C0103020, Joyce Meyer Ministri, Inv. Date: 01/03/2008 | -25.00 | 67.68 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0082164 | 08-819178790 | Colon, Ana | 50.00 | 117.68 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 125.84 |
| 01/11/08 | Mail Room | 10 Western Union | 011200 | 9031028510 | RUBIO, CHERYL | 110.00 | 235.84 |
| 01/14/08 | Point of Sale | 60 Commissary | 0147135 | 521070 | Commissary | -131.64 | 104.20 |
| 01/22/08 | Point of Sale | 60 Commissary | 0227142 | 522636 | Commissary | -103.56 | .64 |
| 02/03/08 | Mail Room | 10 Western Union | 034200 | 4317062294 | RUBIO, CHERYL | 250.00 | 250.64 |
| 02/06/08 | Mail Room | 10 Western Union | 037200 | 5820671083 | COLON, CARMEN | 80.00 | 330.64 |
| 02/06/08 | Point of Sale | 60 Commissary | 0377142 | 524212 | Commissary | -232.91 | 97.73 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 107.73 |
| 02/12/08 | Point of Sale | 60 Commissary | 0437137 | 525437 | Commissary | -74.66 | 33.07 |
| 02/16/08 | Mail Room | 10 Western Union | 047200 | 9535865586 | RUBIO, CHERYL | 100.00 | 133.07 |
| 02/19/08 | Point of Sale | 60 Commissary | 0507137 | 526618 | Commissary | -56.67 | 76.40 |
| 02/28/08 | Mail Room | 10 Western Union | 059200 | 6396986394 | RUBIO, CHERYL | 150.00 | 226.40 |
| 03/04/08 | Point of Sale | 60 Commissary | 064783 | 527858 | Commissary | -144.06 | 82.34 |
| 03/05/08 | Disbursements | 88 tithing partnership in ministry | 065390 | Chk #139090 | C0305069, Joyce Meyer Ministri, Inv. Date: 03/05/2008 | -25.00 | 57.34 |
| 03/09/08 | Mail Room | 10 Western Union | 069200 | 1141777198 | RUBIO, CHERYL | 100.00 | 157.34 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 167.20 |
| 03/11/08 | Point of Sale | 60 Commissary | 0717137 | 528982 | Commissary | -106.22 | 60.98 |
| 03/14/08 | Mail Room | 01 MO/Checks (Not Held) | 074291 | 57865493851 | Porcionalla, Luz | 50.00 | 110.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 4/18/2008 | | | Stateville Correctional Center | | | Page 2 |
| Time: | 12:13pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 11/01/2007 thru End;   Inmate: K72719;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K72719 Centeno, Melvin**          **Housing Unit: STA-D -01-54**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/19/08 | Point of Sale | 60 Commissary | 079783 | 530115 | Commissary | -66.76 | 44.22 |
| 03/29/08 | Mail Room | 10 Western Union | 089200 | 4010895209 | RUBIO, CHERYL | 150.00 | 194.22 |
| 04/03/08 | Point of Sale | 60 Commissary | 0947135 | 531228 | Commissary | -26.27 | 167.95 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 6.12 | 174.07 |
| 04/08/08 | Mail Room | 10 Western Union | 099200 | 5228586720 | RUBIO, CHERYL | 100.00 | 274.07 |
| 04/10/08 | Disbursements | 90 Medical Co-Pay | 101390 | Chk #139785 | C0408127, DOC: 523 Fund Inmate, Inv. Date: 04/08/2008 | -2.00 | 272.07 |
| 04/11/08 | Point of Sale | 60 Commissary | 1027137 | 532201 | Commissary | -107.68 | 164.39 |
| 04/18/08 | Disbursements | 88 tithing | 109390 | Chk #140000 | C0417065, Joyce Meyer Ministri, Inv. Date: 04/17/2008 | -20.00 | 144.39 |

| | |
|---|---|
| Total Inmate Funds: | 144.39 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 144.39 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |