Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHK

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2756 | DATE | JUL 3 1 2008 |
| CASE TITLE | Melvin Centeno (K-72719) v. Wexford Health Services, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to amend his complaint [11] is denied without prejudice to Plaintiff filing an amended complaint or a motion to substitute in accordance with this order. The clerk shall forward an amended complaint form to Plaintiff.

■ [Docketing to mail notices.]

## STATEMENT

Plaintiff, Melvin Centeno (K-72719), an inmate at Stateville Correctional Center, filed a civil rights complaint against several Stateville doctors and officers. He alleges that the defendants ignore his requests, as well as the advice of a orthopaedist, to undergo knee surgery. His original complaint included a John Doe defendant. Plaintiff now seeks to file an amended complaint that names Michael Borkowsky, a medical technician at Stateville, as a defendant in place of John Doe.

Plaintiff's amended complaint, however, does not state the claims or name the other defendants listed in his original complaint. An amended complaint must stand complete on its own, and the Court will not refer to different pleadings to construct a plaintiff's complaint and determine what claims he seeks to raise and which defendants he seeks to sue. The amended complaint thus must state all the claims plaintiff seeks to raise in this case and name all of the defendants he seeks to sue. The pleading before the court does not suffice as an amended complaint. The Court therefore denies without prejudice plaintiff's motion to file the amended complaint. Plaintiff may refile an amended complaint that states the claims he seeks to raise and names all of the defendants he seeks to sue. Plaintiff may even refile his original complaint as an amended complaint, using Michael Borkowsky as defendant in place of John Doe. The clerk shall forward an amended complaint form to plaintiff. Alternatively, plaintiff may file a motion to substitute Michael Borkowsky as the name of the defendant referred to as John Doe in the original complaint.

isk