IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELVIN CENTENO, K-72719, ) | |
| ) | No. 08 CV 2756 |
| Plaintiff, ) | |
| ) | Hon. James B. Zagel |
| v. ) | Judge Presiding |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Melvin Centeno, K-72719
      Stateville Correctional Center
      P.O. Box. 112
      Joliet, Illinois  60434

    PLEASE TAKE NOTICE that on August 4, 2008, the attached **APPEARANCE** was filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois      By:    s/Matthew M. Smith
                                                         MATTHEW M. SMITH
                                                         Assistant Attorney General
                                                         General Law Bureau
                                                          100 West Randolph Street, 13th Fl.
                                                          Chicago, Illinois 60601
                                                          (312) 814-4451

## CERTIFICATE OF SERVICE

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by U.S. Mail on August 4, 2008.

                                                                                s/Matthew M. Smith