IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN CENTENO, K-72719, | ) | |
| | ) | No. 08 CV 2756 |
| Plaintiff, | ) | |
| | ) | Hon. James B. Zagel |
| v. | ) | Judge Presiding |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Melvin Centeno, K-72719
        Stateville Correctional Center
        P.O. Box. 112
        Joliet, Illinois  60434

    PLEASE TAKE NOTICE that on August 14, 2008, at 10:15 a.m., I shall appear before the Honorable James B. Zagel at the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION TO ENLARGE**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois        By:    s/Matthew M. Smith
                                                            MATTHEW M. SMITH
                                                            Assistant Attorney General
                                                            General Law Bureau
                                                            100 West Randolph Street, 13th Fl.
                                                            Chicago, Illinois 60601
                                                            (312) 814-4451

## CERTIFICATE OF SERVICE

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 4, 2008.

s/Matthew M. Smith