AUGUST 20, 2008

MELVIN CENTENO
REGISTER # K72719
P.O. BOX 112
JOLIET, ILLINOIS 60434

PRISONER CORRESPONDENCE
CLERK OF THE U.S. DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
8-25-2008
AUG 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: CASE # 08 C 02756

DEAR CLERK:

GRACE AND PEACE BE YOURS IN ABUNDANCE. I HOPE YOU ARE ENJOYING GREAT HEALTH AND THAT YOU ARE BEING PRODUCTIVE IN ALL THAT YOU ENDEAVOR.

I AM WRITING YOU TODAY BECAUSE I WAS TRYING TO COMMENCE MY LITIGATION, BUT THE U.S. MARSHALLS HAVE NOT SERVED ALL THE DEFENDANTS IN MY CASE. I HAVE ONLY RECEIVED TWO PROCESS RECEIPT AND RETURN FORMS FROM THE UNITED STATES MARSHALS SERVICE. THEY WERE FOR PARTHA GHOSH AND VENITA WRIGHT. I AM ASKING THAT YOU PLEASE LOOK INTO THIS SINCE THE COURT INSTRUCTED YOU TO ISSUE THESE DOCUMENTS TO THE RESPECTIVE ENTITIES.

I WOULD LIKE YOU TO INFORM ME OR LEAD ME INTO WHAT COURSE OF ACTION I MUST TAKE AT THIS TIME WITH THIS SITUATION. YOUR HELP AND COOPERATION IN THIS MATTER IS GREATLY APPRECIATED. LOOKING FORWARD IN HEARING FROM YOU AT YOUR EARLIEST CONVENIENCE.

BE BLESSED AND REMEMBER; 'BE STRONG AND COURAGEOUS. DO NOT BE TERRIFIED; DO NOT BE DISCOURAGED, FOR THE LORD YOUR GOD WILL BE WITH YOU WHEREVER YOU GO.' JOSHUA 1:9
I JUST FELT THAT I HAD TO MINISTER TO YOU. NO DISRESPECT INTENDED.

ANTICIPATED THANKS,

MELVIN CENTENO